IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CYNTIA GREEN | CASE NO.   1:19-cv-00078 |
| Plaintiffs, | JUDGE DAN A. POLSTER |
| vs. | |
| MPKS INC., *et al* | **STIPULATED JUDGMENT ENTRY OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

The parties have announced to the Court that by agreement this matter is dismissed with prejudice. Accordingly, the Court hereby dismisses this matter with prejudice, each party to bear its own costs and fees. The Court retains jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

_____   7/26/2019
JUDGE DAN A. POLSTER